ACCEPTED
01-15-00932-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 3:46:55 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00931-CV
NO. 01-15-00932-CV
NO. 01-15-00933-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 3:46:55 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

IN THE MATTER OF A.C., Appellant

A.C., Appellant

v.

THE STATE OF TEXAS,
Appellee

On Appeal from the 315th District Court
Harris County, Texas
Tr. Ct. Cause Nos. 2015-01921J, 2015-02194J & 2015-02097J

*APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF*

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

A.C., appellant, moves the Court to extend the time to file his brief be

extended to Thursday, December 31, 2015 and in support thereof

respectfully shows:

1. This is an accelerated appeal. Appellant's brief was due on

December 3, 2015.

2.  Good cause exists to grant this motion.  Within the last four and a half weeks, counsel prepared and filed appellant's brief in the following accelerated appeals:  No. 14-15-00799-CV; styled: *In re J.D.A.*; no. 14-15-00601-CV; styled: *In re N.S.* and, no. 14-15-00864-CV; styled: *In re B.M.S.* Counsel is currently finishing the appellant's briefs in no. 14-15-00882-CV; styled: *In re K.I.B.C.* due on December 5, 2015 and no. 14-15-00904-CV; styled: *In re B.J.C., et al.* due on December 14, 2015.

3.  In addition, this week trials were scheduled for two parental termination cases where counsel represents the mother in a case numbered 2014-04419J; styled: *In the Interest of R.A., Child* in the 313th District Court and a father in a case numbered 2014-00645J; styled: *In the Interest of R.P., et al., Children* in the 315th District Court.

4. Finally, in the last thirty days counsel has appeared in approximately 28 district and county court non-trial setting.

5.  This extension is not sought for the purposes of delay but rather so that the ends of justice may be served.

WHEREFORE, A.C., appellant, prays that this Honorable Court extend the time to file his brief to December 31, 2015.

Respectfully submitted,
/s/ william m thursland
_____

William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX 77002
Email: wmthursland@hotmail.com
Tel.: (713) 655-0200 x 105;
Fax: (713) 655-9035

Attorney for Appellant A.C.

CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that Appellee's counsel, Alan Curry, is unopposed to this motion.

/s/ william m thursland

_____

William M. Thursland

CERTIFICATE OF SERVICE

I certify that on December 4, 2015 a true and correct copy of the foregoing pleading was served appellee's counsel, the Harris County District Attorney's Office, by fax to (713) 755-5809.

/s/ william m thursland

_____

William M. Thursland